# (December 23, 1982)

■ In the Matter of KENNETH JENKINS, Petitioner, v FELICE K. SHEA, Respondent. ROBERT M. MORGENTHAU, as District Attorney of New York County. — Application for a writ of prohibition unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Ross, Silverman, Fein and Kassal, JJ.

■ AEGIS PROPERTY SERVICES CORPORATION, Appellant, v PHILIP MIHALSKI, Respondent. — Order and judgment (one paper), Supreme Court, New York County (Myers, J.), entered on September 7, 1982, unanimously affirmed for the reasons stated by Myers, J., at Special Term. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Concur — Murphy, P. J., Ross, Silverman, Bloom and Kassal, JJ.